| AO 10 Rev. 1/2019 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2019** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| **1. Person Reporting** (last name, first, middle initial) | **2. Court or Organization** | **3. Date of Report** |
|---|---|---|
| Horan, Marilyn J. | U.S.District Court for the Western District of Pennsylvania | 04/30/2020 |

| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | **5a. Report Type** (check appropriate type) | **6. Reporting Period** |
|---|---|---|
| Article III Judge, Active | ☐ Nomination Date<br>☐ Initial ✔ Annual ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019 **to** 12/31/2019 |

**7. Chambers or Office Address**

Joseph F. Weiss, Jr. U.S.Courthouse
700 Grant Street
Pittsburgh, PA 15219

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Power of Attorney | Mary Ann DePolo,individual ▮▮▮ member |
| 2. Partner | DPP MAnagement |
| 3. Oversight Committee Member | Butler Emergency Relief Initiative, ?United Way of Butler County, PA |
| 4. Board Member | University Of Pittsburgh School of Law, Alumni Association |
| 5. Board Member | Community Health Clinic of Butler County |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2018 | PA State Judiciary Retirement Pension-no control |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Horan, Marilyn J. | 04/30/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | Commonwealth of Pennsylvania, Retirement Pension | $94,833.60 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Family Bowlaway Inc-wages |
| 2. 2019 | Slippery Rock Garden Apts, Inc - wages |
| 3. 2019 | Valley View Estates, Inc-director fees |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Allegheny County Bar Asociaiton | June, 2019 | Seven Springs Resort, Somerset, PA | Annual bench Bar meeting | overnoight hotel accomodation and meals |
| 2. | PA Associaiton of Trial Lawyers of Western PA | Sept, 2019 | Nemacolin Woodlands Resort, Champion, PA | annual meeting | overnight hotel acomodation and meals |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Horan, Marilyn J.** | 04/30/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Northwest Savings Bank | Mortgage-Rental #2 | L |
| 2. Nextier Bank | Mortgage (DPP MAnagement) - Rental #3 | K |
| 3. Nextier Bank | Guarantor of [       ] business Mortgage | O |
| 4. Nextier Bank | Mortgage - Rental #1 | M |
| 5. Progress Fund | Guarantor of [    ] business loan | M |
| 6. Southwest PA Corporation | Guarantor of [    ] business loan | M |
| 7. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Horan, Marilyn J. | 04/30/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Vanguard Index 500 Admiral Shares (VFIAX) | C | Dividend | M | T | | | | | |
| 2. IRA--Rollover--Pershing LLC (Hefren-Tilotson) | | | | | | | | | |
| 3. -Money Market Pershing Government Accornt | C | Int./Div. | M | T | | | | | |
| 4. -American Funds Global Balanced (GBLAX) | D | Dividend | M | T | Buy | 05/16/19 | K | | intra portfolia of IRA |
| 5. -Capital Builder Fund -Class A (CAIBX) | C | Dividend | M | T | Buy | 02/29/19 | K | | intra portfolio of IRA |
| 6. Fundamental Investors Class A (ANCFX) | B | Dividend | M | T | | | | | |
| 7. -The Growth Fund of America CLass A (AGTHX) | A | Dividend | L | T | | | | | |
| 8. The Income FUnd of America Class A (AMECX) | C | Dividend | M | T | | | | | |
| 9. New World Fund CLass A (NEWFX) | A | Dividend | L | T | | | | | |
| 10. -American Balanced Fund Class A (ABALX) X | C | Int./Div. | N | T | Buy | 09/11/19 | L | | intra portfolio of IRA |
| 11. -New Perspective Fund Class A(ANWPX) | B | Dividend | M | T | Buy | 09/11/19 | K | | intra portfolio of IRA |
| 12. IRA Pershing LLC (Hefren-Tilotson) | | | | | | | | | |
| 13. -Money Market Pershing Govenrment Account | A | Dividend | J | T | | | | | |
| 14. -AMCAP Fund, Class A (AMCPX) | A | Dividend | L | T | | | | | |
| 15. -American Balanced Fund Class A (ABALX) | B | Dividend | L | T | | | | | |
| 16. -AMerican Mutual Fund Class A (AMRMX) | A | Dividend | K | T | | | | | |
| 17. -Capital Income Builders Fund Class A (CAIBX) | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Horan, Marilyn J. | 04/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.   -New World Fund Class A (NEWFX) | A | Dividend | K | T | | | | | |
| 19.   -American Funds Global Balancerd FUnd Class A (GBLAX) | A | Dividend | J | T | | | | | |
| 20.   Family Bowlaway, Inc (50%) | C | Dividend | P1 | W | | | | | |
| 21.   Marnette, Inc. (50%) | C | Dividend | M | W | | | | | |
| 22.   Valley View Estates, Inc (20%) | D | Dividend | M | W | | | | | |
| 23.   356 Land LP (20%) | A | Dividend | N | W | | | | | |
| 24.   Personal Residence with Rental #1, Butler County, Butler City, PA | D | Rent | N | W | | | | | |
| 25.   Rental Property #2, Butler County, Butler City, PA | D | Rent | L | W | | | | | |
| 26.   Commercial Property-DPP Management, Rental #3,Butler Count Butler, PA | E | Rent | N | W | | | | | |
| 27.   Nextier Bank Accounts | A | Int./Div. | J | T | | | | | |
| 28.   PNC Bank Accounts | A | Int./Div. | J | T | | | | | |
| 29.   Guardian Life Insurance Comapny of America: Universal life | D | Dividend | M | T | | | | | |
| 30.   Guardian Life Insurance Company of America: Universal Life | B | Dividend | N | T | | | | | |
| 31.   Guardian Life InsuranceCompany of America/: Universal Life | C | Dividend | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Horan, Marilyn J. | 04/30/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Marilyn J. Horan**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544